# PROGRESSIVE

Call us anytime at 1-888-438-0867 / E-mail Us

Your Rate ▼   Billing Information ▼   Additional Information

## Sign Your Policy Forms

out of

### Uninsured/Underinsured Motorist

Please read and sign below by entering your name in the boxes provided.

[Expand Form]

Your state may require insurance documents to be displayed in a particular font size. To ensure this document is displayed at the correct font for your state, make sure your Adobe view size is 100%, and your browser resolution is 800x600. If you print the document, it will print in the appropriate font.

SHAWN F MOULTRIE

**Offer of additional uninsured motorist coverage and optional underinsured motorist coverage**

**I. Explanation of coverages**

Motor vehicle liability insurance coverage pays for motor vehicle drivers and their passengers for damages caused to you and for which you are legally responsible. There are two types of motor vehicle liability insurance coverage: bodily injury and property damage. Bodily injury coverage pays for bodily injuries to others inflicted by your motor vehicle. Property damage coverage pays for damages which your motor vehicle causes to other motor vehicles or property.

Under South Carolina law, an insurance company may refuse to write to you motor vehicle liability insurance for a number of reasons. If an insurance company decides to write your motor vehicle liability insurance coverage, however, it must provide at least $25,000 of bodily injury coverage for each person whom you may injure in any single accident and $50,000 of bodily injury coverage for two or more people whom you may injure in any single accident. The insurance company must also provide at least $25,000 in property damage coverage for each accident you may cause. You may have seen these limits described as $25,000/$50,000/$25,000 or 25/50/25. These limits are commonly known as minimum limits. In order to drive your motor vehicle upon the roads of this State, you must have at least these minimum limits of insurance, unless you post a satisfactory bond or pay a $550 fee to drive uninsured. There is no requirement that an insurance company offer higher than minimum limits of motor vehicle liability insurance coverage. If your insurance company does offer more than the minimum limits, you will be required to pay an additional premium for those increased limits of protection.

I represent that I am the person whose name appears on the signature line of the document presented above, and that I viewed the document at the recommended browser resolution and Adobe view size. I acknowledge and agree to the statements, terms and conditions in the document above, and that by typing my name below and clicking "Buy Now", I am electronically signing the document, which will have the same legal effect as the execution of the document by a written signature and shall be valid evidence of my intent and agreement to be bound.

I understand that if I do not electronically sign each document presented during this online session, the application will not be effective and no insurance coverage will result.

Please type your name below (exactly as it is displayed beneath each form field):

| SHAWN | F | MOULTRIE |

Any attempt to alter this screen or the terms of the document above will not be accepted. Once you electronically sign each form presented to you and complete the purchase, your application will be processed and securely stored as it was presented by us, accompanied by your electronic signature.

You will have the opportunity to print a copy of this document once you have completed your purchase.



PLAINTIFF'S EXHIBIT 3